UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, | ) |
| Plaintiff, | ) Case No. 16-cv-9632 |
| vs. | ) Hon. Judge Samuel Der-Yeghiayan |
| La Touraine, L.L.C., d/b/a Sofitel Chicago Water Tower, | ) |
| Defendant(s). | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action with prejudice, pursuant to Rule 41(a)(1)(A)(i), and in support of said motion states as follows:

1. This matter was initiated by Plaintiff on October 11, 2016.
2. Defendant has appeared through counsel but has not answered the complaint, and Defendant has not filed any counterclaims.
3. At this time, all matters in controversy have been resolved and the parties wish to conclude this matter.

WHEREFORE, Plaintiff HOWARD COHAN, respectfully requests that this Honorable Court enter an order voluntarily dismissing the matter with prejudice, and with both sides to bear their own attorney fees and costs.

Dated: 12-7-16　　　　　　　　　　　　　　　On Behalf of Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ivo Tchernev
　　　　　　　　　　　　　　　　　　　　　　Ivo Tchernev, Esq.
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Jacobson and Tchernev, Ltd.
　　　　　　　　　　　　　　　　　　　　　　33 N. Dearborn St., Suite 1907
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　(312) 669-4441 Office
　　　　　　　　　　　　　　　　　　　　　　(312) 781-6732 Fax
　　　　　　　　　　　　　　　　　　　　　　legal@lawjtchicago.com
　　　　　　　　　　　　　　　　　　　　　　Illinois Bar Number: 6304132